942

No. 323, Misc.  TILGHMAN v. FLORIDA. Supreme Court of Florida.  Certiorari denied.

No. 326, Misc.  UNITED STATES EX REL. CUNDIFF v. RAGEN, WARDEN.  Circuit Court of Will County, Illinois. Certiorari denied.

No. 331, Misc.  ILLINOIS EX REL. PETRESS v. RAGEN, WARDEN.  Criminal Court of Cook County, Illinois. Certiorari denied.

No. 332, Misc.  JACKSON v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 333, Misc.  JOHNSON v. NEW JERSEY. Supreme Court of New Jersey.  Certiorari denied.

No. 347, Misc.  DIAMOND v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 348, Misc.  MAHURIN v. EIDSON, WARDEN.  Supreme Court of Missouri.  Certiorari denied.

No. 349, Misc.  WRIGHT v. PENNSYLVANIA ET AL. Supreme Court of Pennsylvania, Eastern District.  Certiorari denied.

No. 350, Misc.  HACKETT v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 354, Misc.  DIAMOND v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.